# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY WINTERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW L. CATE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-02115-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR ORDER TO PRODUCE TRUST ACCOUNT STATEMENT AND FOR SANCTIONS<br><br>(Docs. 4 and 8) |

Plaintiff Robert Anthony Winters, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 8, 2010. In conjunction with his complaint and motion seeking leave to proceed in forma pauperis, Plaintiff filed a motion seeking an order requiring prison officials to produce a certified copy of his prison trust account statement. On January 6, 2011, Plaintiff filed a second motion seeking an order requiring prison officials to produce his trust account statement. In the second motion, Plaintiff requests the imposition of sanctions deemed just and equitable by the Court.

On January 20, 2011, the Court received a certified copy of Plaintiff's trust account statement, rendering Plaintiff's motions for court intervention regarding his trust account statement moot. Further, there is no legal basis upon which to support a request for the imposition of sanctions against prison officials arising out of these events. See e.g., Summers v. Earth Island Institute, 555 U.S. 488, ___, 129 S.Ct. 1142, 1149 (2009) (for each form of relief sought in federal court, Plaintiff must establish standing); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).

///

Accordingly, Plaintiff's motions, filed November 8, 2010, and January 6, 2011, are HEREBY DENIED.

IT IS SO ORDERED.

Dated:   April 15, 2011                              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE